JAMES OWENS, Plaintiff, v. JULIA M. TOKLAS, Appellant, JOHN J. BARDOLF,
JR., Receiver, Respondent, and WOODSIDE TRIANGLE CORPORATION and Others,
Defendants.— Order denying motion to restrain the receiver from paying assess-
ments affirmed, with ten dollars costs and disbursements. No opinion. Lazansky,
P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LOUIS TAVORMINA
and Others, Respondents.*— Order sustaining demurrers affirmed on opinion of
Mr. Justice Mullan at Extraordinary Special and Trial Term. Lazansky, P. J.,
Young, Hagarty and Scudder, JJ., concur; Tompkins, J., not voting. [138 Misc.
752.]

LOUIS SHAPIRO, INC., Respondent, v. COLONNA HOLDING CORPORATION and
CENTURY INDEMNITY COMPANY, Appellants.— Judgment and order unanimously
affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell,
Scudder and Davis, JJ.

JOSEPH UMANSKY, Respondent, v. KINGSWAY GARDENS, INC., and Others,
Defendants, and MORRIS DLUGASCH, Appellant.— Judgment, in so far as appealed
from, unanimously affirmed, with costs. No opinion. Present — Lazansky,
P. J., Kapper, Carswell, Scudder and Davis, JJ.

DOMENICK YODICE, Respondent, v. AMERICAN EXPORT LINES, Appellant.—
Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky,
P. J., Kapper, Carswell, Scudder and Davis, JJ.

---

* Revd., 257 N. Y. 84.